UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.  10-20125-BKC-
RENATA PEYRACHE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,005.28 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: FEB - 8 2016

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

RENATA PEYRACHE
9191 FONTAINEBLEAU BLVD
#8
MIAMI, FL 33172

SADY PICART, ESQ
7951 SW 40 STREET
SUITE 202
MIAMI, FL 33155-6752

PRECISION RECOVERY ANALYTICS
C/O B-LINE, LLC
POB 91121-MS 550
SEATTLE, WA 98111-9221

WELLS FARGO
POB 13765, R4057-01P
ROANOKE, VA 24037

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.  10-20125-BKC-
RENATA PEYRACHE


                              CHAPTER 13


RENATA PEYRACHE

9191 FONTAINEBLEAU BLVD
#8
MIAMI, FL 33172

SADY PICART, ESQ
7951 SW 40 STREET
SUITE 202
MIAMI, FL 33155-6752

PRECISION RECOVERY ANALYTICS   ---------$         4.99
C/O B-LINE, LLC
POB 91121-MS 550                           UNDELIVERABLE/STALE
SEATTLE, WA 98111-9221                     CLAIM REGISTER# 7

WELLS FARGO                    ---------$      2,000.29
POB 13765, R4057-01P
ROANOKE, VA 24037
                                           UNDELIVERABLE/STALE
                                           CLAIM REGISTER# 9

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130